UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------

**J&J SPORTS PRODUCTIONS, INC,**

    PLAINTIFF
  – vs. –

**EL GRAN FARO RESTAURANT CORP DBA EL FARO RESTAURANT ET ANO,**

    DEFENDANT

---------------------------------------

Index No: **08CV02836**
Date Filed: **03/17/2008**
Office No: **131401**
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **04/10/2008** at **12:17PM** at **301 09 E. BURNSIDE AVENUE Valentine &Ryer Avenue, BRONX, NY 10457**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **EL GRAN FARO RESTAURANT CORP DBA EL FARO RESTAURANT** the **DEFENDANT** therein named by delivering to, and leaving personally with **ANGELICA ROSADO, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**    COLOR: **BROWN**    HAIR: **BROWN**
    APP. AGE: **30**    APP. HT: **5'4**    APP. WT: **160**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on **04/11/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

LOAI SARSOUR – 1133309
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML

