UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                Plaintiff

     -against-

EL GRAN FARO RESTAURANT CORP.
d/b/a EL FARO RESTAURANT
and LISA COLON

              Defendant,

---------------------------------------------------X

Index No. 08 CIV 2836

**CERTIFICATE OF SERVICE**

I certify that a copy of the Pretrial Order was sent via U.S. Postal Service, postage prepaid, first class mail, addressed to the following on June 12, 2008:

El Gran Faro Restaurant Corp.
d/b/a El Faro Restaurant
301 09 E Burnside Avenue
Valentine & Ryer Avenue
Bronx, NY 10457

Lisa Colon
301 09 E Burnside Avenue
Valentine & Ryer Avenue
Bronx, NY 10457

By: /s/ Lucille Eichler
     Lucille Eichler
     Paul J. Hooten & Associates
     5505 Nesconset Highway
     Suite 203